Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−20301−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Annette Smith                          Walter Smith
5 Vicky Court                          5 Vicky Court
Hamilton, NJ 08610                     Hamilton, NJ 08610

Social Security No.:
   xxx−xx−8629                              xxx−xx−9759

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           7/18/18
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 23, 2018
JAN: wdr

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-20301-CMG
Annette Smith                                                             Chapter 13
Walter Smith
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: May 23, 2018
                              Form ID: 132             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
db/jdb          +Annette Smith,    Walter Smith,    5 Vicky Court,    Hamilton, NJ 08610-6064
517544650       +Apothaker & Associates,    520 Fellowship Road C 306,    PO Box 5496,
                  Mount Laurel, NJ 08054-5496
517544651       +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517544652       +Capital Billing Service,    5042 Wilshire BLVD Suite 880,    Los Angeles, CA 90036-4305
517544655       +Comenitybank/New York,    Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
517544657       +Credit Union of New Jersey,    PO BOX 37603,    Philadelphia, PA 19101-0603
517544658       +Easypay/dvra,    Attn: Bankruptcy,    PO Box 2549,    Carlsbad, CA 92018-2549
517544659       +Enterprise,    PO Box 801988,    Kansas City, MO 64180-1988
517544663       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517544662       +First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
517544667       +Kenneth Dickson, Court Officer,    PO Box 687,    Forked River, NJ 08731-0687
517544668       +Louis A. Greenfield, Attorney,    PO Box 17210,    Golden, CO 80402-6020
517544670       +Publishers Clearing House,    PO BOX 6344,    Harlan, IA 51593-1844
517544672       +Rushmore Service Center,    PO BOX 5507,    Sioux Falls, SD 57117-5507
517544674       ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                 (address filed with court: T-Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596)
517544675       +Transnational Limited, LLC,    1162 St. Georges Avenue,    Suite 279,    Avenel, NJ 07001-1263

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 24 2018 00:01:11      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2018 00:01:08      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517544665        E-mail/Text: ebnbankruptcy@ahm.honda.com May 24 2018 00:01:20      Honda Financial Services,
                  Attn: Bankruptcy,    PO Box 168088,    Irving, TX 75016
517544664        E-mail/Text: ebnbankruptcy@ahm.honda.com May 24 2018 00:01:20      Honda Financial Services,
                  P.O. Box 7829,    Philadelphia, PA 19101-7829
517544656        E-mail/Text: bankruptcy@cunj.org May 24 2018 00:00:56      Credit Union of New Jersey,
                  PO Box 7921,    1301 Parkway Avenue,    Ewing, NJ 08628-3010
517544653       +E-mail/Text: bankruptcy@cavps.com May 24 2018 00:01:28      Cavalry Portfolio Services,
                  Attn: Bankruptcy Department,    500 Summit Lake,    Suite 400,    Valhalla, NY 10595-2322
517544654       +E-mail/Text: bankruptcy@certifiedcollection.com May 24 2018 00:00:56
                  Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
517544661       +E-mail/Text: bnc-bluestem@quantum3group.com May 24 2018 00:01:55      FingerHut,
                  Bankruptcy Dept.,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517544660       +E-mail/Text: bnc-bluestem@quantum3group.com May 24 2018 00:01:55      FingerHut,    PO Box 1250,
                  Saint Cloud, MN 56395-1250
517544666        E-mail/Text: JCAP_BNC_Notices@jcap.com May 24 2018 00:01:24      Jefferson Capital Systems,
                  16 McLeland Road,    Saint Cloud, MN 56303
517544669       +E-mail/Text: bnc-bluestem@quantum3group.com May 24 2018 00:01:55      Metabnk/fhut,
                  6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
517544671       +E-mail/Text: Supportservices@receivablesperformance.com May 24 2018 00:02:04      RPM,
                  20816 44th Ave W,    Lynnwood, WA 98036-7799
517544673       +E-mail/PDF: gecsedi@recoverycorp.com May 24 2018 00:09:31      Synchrony Bank/Care Credit,
                  Attn: Bankruptcy Dept,    PO Box 965061,    Orlando, FL 32896-5061
517544676       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 24 2018 00:00:08
                  Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                  Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 23, 2018
                              Form ID: 132             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Kevin C. Fayette    on behalf of Joint Debtor Walter   Smith kfayette@kevinfayette.com
          Kevin C. Fayette    on behalf of Debtor Annette   Smith kfayette@kevinfayette.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 4
```