| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>HILL WALLACK LLP<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Fax: 609-452-1888 | Order Filed on October 4, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ANNETTE SMITH and WALTER SMITH,<br><br>Debtors. | Case No.: 18-20301<br>Judge: CMG<br>Hearing Date(s): September 19, 2018<br>Chapter: 13 |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form | ☐ | Followed | ☒ | Modified |

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

DATED: October 4, 2018

*Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Applicant:  Bank of America, N.A. through Carrington Mortgage Services, LLC, servicer and attorney-in-fact

Applicant's Counsel:  Elizabeth K. Holdren, Esq.

Debtor's Counsel:  Kevin C. Fayette, Esq.

Property Involved ("Collateral"):  5 Vicky Court, Hamilton, New Jersey

Relief sought:
- ☒ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☐ The Debtor is overdue for _____ months, from _____ to _____.

    ☐ The Debtor is overdue for _____ payments at $_____ per month.

    ☐ The Debtor is assessed for _____ late charges at $_____ per month.

    ☒ Applicant acknowledges receipt of funds in the amount of $ _$3,614.04_ received after the motion was filed.

    Total Arrearages Due  $_____40.62_____.

2. Debtor must cure all post-petition arrearages, as follows:

    ☒ Payment shall be made in the amount of $40.62 within thirty (30) days of the date of this Order.

    x The regular monthly payment in the amount of $1,218.22 due on September 1, 2018 shall be paid within seven (7) days of the date of this Order.

    ☒ Beginning on __October 1, 2018__, regular monthly payments shall be paid in the amount of $1,218.22.

    ☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

2

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment: _____

☒ Regular monthly payment: Carrington Mortgage Services, LLC

P.O. Box 3730

Anaheim, CA 92806

☐ Monthly cure payment: _____

4. In the event of Default:

☒ If the Debtor fails to make the payments specified above within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.  Award of Attorneys' Fees:

   ☒ The Applicant is awarded attorneys fees of $_____350_____, and costs of $_____181_____.

   The fees and costs are payable

   ☒ through the Chapter 13 plan.

   ☐ to the Secured Creditor within _____ days.

   ☐ Attorneys' fees are not awarded.

*rev.8/1/15*