UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

HILL WALLACK LLP
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Fax: 609-452-1888

Order Filed on October 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANNETTE SMITH and WALTER SMITH,

Debtors.

| | |
|---|---|
| Case No.: | 18-20301 |
| Judge: | CMG |
| Hearing Date(s): | September 19, 2018 |
| Chapter: | 13 |

Recommended Local Form    ☐ Followed    ☒ Modified

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: October 4, 2018**

/s/ Christine M. Gravelle
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Applicant:                  Bank of America, N.A. through Carrington Mortgage Services, LLC, servicer and attorney-in-fact

Applicant's Counsel:         Elizabeth K. Holdren, Esq.

Debtor's Counsel:            Kevin C. Fayette, Esq.

Property Involved ("Collateral"):    5 Vicky Court, Hamilton, New Jersey

Relief sought:        ☒   Motion for relief from the automatic stay

                        ☐   Motion to dismiss

                        ☐   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☐   The Debtor is overdue for _____ months, from _____ to _____.

    ☐   The Debtor is overdue for _____ payments at $_____ per month.

    ☐   The Debtor is assessed for _____ late charges at $_____ per month.

    ☒   Applicant acknowledges receipt of funds in the amount of $ $3,614.04 received after the motion was filed.

Total Arrearages Due $ _____40.62_____.

2. Debtor must cure all post-petition arrearages, as follows:

    ☒   Payment shall be made in the amount of $40.62 within thirty (30) days of the date of this Order.

    x   The regular monthly payment in the amount of $1,218.22 due on September 1, 2018 shall be paid within seven (7) days of the date of this Order.

    ☒   Beginning on _October 1, 2018_, regular monthly payments shall be paid in the amount of $1,218.22.

    ☐   Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

2

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment: _____

_____

_____

☒ Regular monthly payment: Carrington Mortgage Services, LLC

P.O. Box 3730

Anaheim, CA 92806

☐ Monthly cure payment: _____

_____

_____

4. In the event of Default:

☒ If the Debtor fails to make the payments specified above within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

3

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys fees of $_____350_____, and costs of $_____181_____.

The fees and costs are payable

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Annette Smith  
Walter Smith  
    Debtors

Case No. 18-20301-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 05, 2018  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2018.
db/jdb          +Annette Smith,    Walter Smith,    5 Vicky Court,    Hamilton, NJ 08610-6064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2018 at the address(es) listed below:
        Albert   Russo    docs@russotrustee.com
        Elizabeth K. Holdren    on behalf of Creditor    BANK OF AMERICA, N.A. eholdren@hillwallack.com,
         jhanley@hillwallack.com
        Elizabeth K. Holdren    on behalf of Creditor    Bank of America, N.A., through Carrington Mortgage
         Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com,   jhanley@hillwallack.com
        John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
         ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
        Kevin C. Fayette    on behalf of Joint Debtor Walter   Smith kfayette@kevinfayette.com
        Kevin C. Fayette    on behalf of Debtor Annette   Smith kfayette@kevinfayette.com
        Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 8