UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
47286
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for American Honda Finance Corporation

**Order Filed on December 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANNETTE SMITH
WALTER SMITH

Case No.: 18-20301

Adv. No.:

Hearing Date: 10-17-18

Judge: CMG

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 6, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Walter and Annette Smith**
**18-20301(CMG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for American Honda Finance Corporation, with the appearance of Kevin Fayette, Esq. for the debtors and this order having been served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That American Honda Finance Corporation is the holder of a first purchase money security interest encumbering a 2014 HONDA ACCORD bearing vehicle identification number 1HGCR2F85EA086906 (hereinafter the "vehicle").

2. Commencing with the 9-28-18 loan payment, the debtors shall make all retail installment contract payments to American Honda Finance Corporation when due, being the 28th day of each month. In the event the debtors fail to make any payment for a period of 30 days after it falls due, American Honda Finance Corporation shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

3. The debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, American Honda Finance Corporation shall receive to repossess and sell the vehicle by filing a certification of lapse of insurance and serving it upon the debtors and their attorney.

4. The debtors shall pay to American Honda Finance Corporation through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.