UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kevin Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re: Annette & Walter Smith

Order Filed on December 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-20301

Adv. No.

Hearing Date:

Judge: (CMG)

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 27, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case No. 18-20301
Order Granting Supplemental Chapter 13 Fees
Page 2

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that the Law Offices of Kevin Fayette, LLC, the applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0.00 for a total of $800.00. The allowance shall be payable:

   XX          Through the Chapter 13 plan as an administrative priority

              Outside the plan

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-20301-CMG
Annette Smith                                                                   Chapter 13
Walter Smith
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Dec 27, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2018.
db/jdb         +Annette Smith,    Walter Smith,    5 Vicky Court,    Hamilton, NJ 08610-6064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Elizabeth K. Holdren    on behalf of Creditor    BANK OF AMERICA, N.A. eholdren@hillwallack.com,
               jhanley@hillwallack.com
              Elizabeth K. Holdren    on behalf of Creditor    Bank of America, N.A., through Carrington Mortgage
               Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com,   jhanley@hillwallack.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Kevin C. Fayette    on behalf of Joint Debtor Walter   Smith kfayette@kevinfayette.com
              Kevin C. Fayette    on behalf of Debtor Annette   Smith kfayette@kevinfayette.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8