UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Elizabeth K. Holdren, Esq.
21 Roszel Road; P.O. Box 5226
Princeton, New Jersey 08543-5226
(609) 924-0808
eholdren@hillwallack.com
Attorneys for Bank of America. N.A.. through

Order Filed on January 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 18-20301 |
|--------|-----------|----------|
| ANNETTE SMITH and WALTER SMITH, | Hearing Date: | |
| Debtors. | Judge: | CMG |
| | Chapter: | 13 |

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 7, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of ___ Hill Wallack LLP, attorneys for Bank of America, N.A., ___, under
through Carrington Mortgage Services, LLC, servicer and attorney-in-fact
Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

☒  Real property more fully described as:

Land and Premises commonly known as 5 Vicky Court, Hamilton, New Jersey
and also known as Block: 2275, Lot: 14, as shown on the Tax Map of the
Township of Hamilton, Mercer County and State of New Jersey.

It is further ORDERED that the movant, its successors or assignees, may proceed with its

rights and remedies under the terms of the subject mortgage and pursue its state court remedies

including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing

other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or

deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or

purchaser's assignee) may take any legal action for enforcement of its right to possession of the

property.

☐  Personal property more fully described as:

It is further ORDERED that the movant may join the debtors and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

It is further ORDERED that all communications sent by Secured Creditor in connection with

proceeding against the Property, including, but not limited to, notices required by state law and

communications to offer and provide information with regard to a potential Forbearance Agreement,

Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent

directly to Debtors.

The Movant shall serve this Order on the Debtors, Debtors' attorney, any trustee and any other

party who entered an appearance on the motion.