UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Smith, Annette and Walter          Case No.:   __18-20301-CMG__

                                           Chapter:   __7__

                                           Judge:    __Christine M. Gravelle__

---

### NOTICE OF PROPOSED ABANDONMENT

__Andrea Dobin,__          __Chapter 7 Trustee__  in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
| --- |
| Clerk of the U.S. Bankruptcy Court<br>U.S. Courthouse, 1st floor<br>402 E. State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __September 10, 2019__ at __10:00 a.m.__ at the United States Bankruptcy Court, Courtroom no __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: |
| --- |
| Real estate located at:<br>5 Vicky Court<br>Trenton, NJ<br><br>Valued at $165,000.00 |

| Liens on property: |
| --- |
| <br>Carrington<br>$144,416.34<br> |

| Amount of equity claimed as exempt: |
| --- |
| $44,793.16 |

Objections must be served on, and requests for additional information directed to:

Name:        __Andrea Dobin, Trustee__

Address:     __McManimon, Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611__

Telephone No.: __609.695.6070 or 973.243.8600__

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re: Case No. 18-20301-CMG
Annette Smith Chapter 7
Walter Smith
 Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2 Date Rcvd: Aug 02, 2019
 Form ID: pdf905 Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2019.
```
db/jdb         +Annette Smith,    Walter Smith,    5 Vicky Court,    Hamilton, NJ 08610-6064
517544650      +Apothaker & Associates,    520 Fellowship Road C 306,    PO Box 5496,
                 Mount Laurel, NJ 08054-5496
517544651      +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517669183      +Bank of America, N.A.,    Carrington Mortgage Services, LLC,    1600 South Douglass Road,
                 P.O. Box 3730,    Anaheim, CA 92803-3730
517544652      +Capital Billing Service,    5042 Wilshire BLVD Suite 880,    Los Angeles, CA 90036-4305
517609548      +Credit Union of New Jersey,    c/o Peter J. Liska. LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
517544657      +Credit Union of New Jersey,    PO BOX 37603,    Philadelphia, PA 19101-0603
517544659      +Enterprise,    PO Box 801988,    Kansas City, MO 64180-1988
517544663      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517544662      +First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
517544667      +Kenneth Dickson, Court Officer,    PO Box 687,    Forked River, NJ 08731-0687
517544668      +Louis A. Greenfield, Attorney,    PO Box 17210,    Golden, CO 80402-6020
517544670      +Publishers Clearing House,    PO BOX 6344,    Harlan, IA 51593-1844
517544672      +Rushmore Service Center,    PO BOX 5507,    Sioux Falls, SD 57117-5507
517544675      +Transnational Limited, LLC,    1162 St. Georges Avenue,    Suite 279,    Avenel, NJ 07001-1263
517557998      +US Dept of HUD,    451 7th St SW,    Washington, DC 20410-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2019 23:16:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2019 23:16:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 02 2019 23:17:01
                 American Honda Finance Corporation,    PO Box 168088,    Irving, TX 75016-8088
517544665       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 02 2019 23:17:01      Honda Financial Services,
                 Attn: Bankruptcy,    PO Box 168088,    Irving, TX 75016
517544664       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 02 2019 23:17:01      Honda Financial Services,
                 P.O. Box 7829,    Philadelphia, PA 19101-7829
517581499       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 02 2019 23:17:01
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
517544656       E-mail/Text: bankruptcy@cunj.org Aug 02 2019 23:16:44      Credit Union of New Jersey,
                 PO Box 7921,    1301 Parkway Avenue,    Ewing, NJ 08628-3010
517544653      +E-mail/Text: bankruptcy@cavps.com Aug 02 2019 23:17:10      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake,    Suite 400,    Valhalla, NY 10595-2322
517629730      +E-mail/Text: bankruptcy@cavps.com Aug 02 2019 23:17:10      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517544654      +E-mail/Text: bankruptcy@certifiedcollection.com Aug 02 2019 23:16:44
                 Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
517544655      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 02 2019 23:16:29      Comenitybank/New York,
                 Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
517544658       E-mail/Text: operationsclerk@easypayfinance.com Aug 02 2019 23:13:51      Easypay/dvra,
                 Attn: Bankruptcy,    PO Box 2549,    Carlsbad, CA 92018
517544661      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 02 2019 23:17:29      FingerHut,
                 Bankruptcy Dept.,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517544660      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 02 2019 23:17:29      FingerHut,    PO Box 1250,
                 Saint Cloud, MN 56395-1250
517544666       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 02 2019 23:17:05      Jefferson Capital Systems,
                 16 McLeland Road,    Saint Cloud, MN 56303
517669687       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 02 2019 23:17:05      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517544669      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 02 2019 23:17:29      Metabnk/fhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
517662774      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 02 2019 23:17:06      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517544671      +E-mail/Text: Supportservices@receivablesperformance.com Aug 02 2019 23:17:33      RPM,
                 20816 44th Ave W,    Lynnwood, WA 98036-7799
517547472      +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2019 23:19:04      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517544673      +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2019 23:19:05      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    PO Box 965061,    Orlando, FL 32896-5061
517544674       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Aug 02 2019 23:18:03      T-Mobile,
                 PO Box 742596,    Cincinnati, OH 45274-2596
517566634      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2019 23:18:26      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517544676      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 02 2019 23:13:46
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 02, 2019
                              Form ID: pdf905          Total Noticed: 41

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517655892       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2019 23:19:27      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2019 at the address(es) listed below:
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
         Elizabeth K. Holdren    on behalf of Creditor   BANK OF AMERICA, N.A. eholdren@hillwallack.com,
          jhanley@hillwallack.com;hwbknj@hillwallack.com
         Elizabeth K. Holdren    on behalf of Creditor   Bank of America, N.A., through Carrington Mortgage
          Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com,
          jhanley@hillwallack.com;hwbknj@hillwallack.com
         John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
          ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
         Kevin C. Fayette    on behalf of Joint Debtor Walter   Smith kfayette@kevinfayette.com
         Kevin C. Fayette    on behalf of Debtor Annette   Smith kfayette@kevinfayette.com
         Kevin Gordon McDonald    on behalf of Creditor   BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```