Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–20301–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Annette Smith | Walter Smith |
| 5 Vicky Court | 5 Vicky Court |
| Hamilton, NJ 08610 | Hamilton, NJ 08610 |

Social Security No.:
  xxx–xx–8629                                                   xxx–xx–9759

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 13, 2019                    Christine M. Gravelle
                                             Judge, United States Bankruptcy Court